IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **HARRY A. BOLDEN,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**CAEI, INC.** *et al.***,**<br><br>　　　　**Defendants.** | **Civil No. 1:21-cv-02295-JRR** |

## ORDER

This matter comes before the court on Defendant Baltimore Gas and Electric Company's Motion for Summary Judgment. (ECF No. 39.) The parties' submissions have been reviewed and no hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 12th day of September 2023:

**ORDERED** that the Motion for Summary Judgment shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that **JUDGMENT** be entered in favor of Defendant Baltimore Gas and Electric Company and against Plaintiff on all counts; Madam Clerk shall close this case.

　　　　　　　　　　　　　/S/


　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Julie R. Rubin
　　　　　　　　　　　　　United States District Judge